Lauren Nicole Chaikin (California State Bar No. 297105)
LAW OFFICES OF LAUREN CHAIKIN
4275 Executive Square, Suite 200
La Jolla, California 92037-1476
Office: (858) 522-0714
Fax:    (858) 300-5261
Email: lauren@chaikinlegal.com

Attorney for Defendant STEVEN ALLEN WEITMAN

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PROVET CONCRETE, etc. et al.,<br><br>Defendants. | **Case No. 2:2 l-cv-03819-CBM(JEMx)**<br><br>[Hon. Consuelo B. Marshal]<br><br>DEFENDANT WEITMANS' ANSWER TO COMPLAINT |

Defendant STEVEN ALLEN WEITMAN, [hereinafter WEITMAN] an individual, through his attorney, Lauren N. Chaikin, answers to the Complaint filed in this matter, and alleges as follows:

1. Answering Paragraph 1 of the Complaint,

   a. WEITMAN admits that venue is proper in the Central District in that the performance and alleged breach took place in this district, and the employer engages in business in this district.

> b. Except as expressly admitted, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 1 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

2. Answering Paragraph 2 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 2 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

3. Answering Paragraph 3 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 3 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

4. Answering Paragraph 4 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 4 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

5. Answering Paragraph 5 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 5 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

6. ADMITTED.

7.  Answering Paragraph 7 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 7 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

8.  Answering Paragraph 8 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 8 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

9.  Answering Paragraph 9 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 9 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

10. Answering Paragraph 10 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 10 also does not allege anything SPECIFIC[1] against WEITMAN and contains legal allegations[2] which do not require a response by WEITMAN.

11. Answering Paragraph 11 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 11 also does not

---

[1] Plaintiff has made Generic allegations against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN.
[2] Of Principal and Employer

allege anything SPECIFIC[3] against WEITMAN and contains legal allegations[4] which do not require a response by WEITMAN.

12. Answering Paragraph 12 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 12 also does not allege anything SPECIFIC[5] against WEITMAN and contains legal allegations[6] which do not require a response by WEITMAN.

13. Answering Paragraph 13 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 13 also does not allege anything SPECIFIC[7] against WEITMAN and contains legal allegations[8] which do not require a response by WEITMAN.

14. Answering Paragraph 14 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 14 also does not allege anything SPECIFIC[9] against WEITMAN and contains legal allegations[10] which do not require a response by WEITMAN.

15. Answering Paragraph 15 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 15 also does not

---

[3] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[4] Of Principal and Employer
[5] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[6] Of Principal and Employer
[7] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[8] Of Principal and Employer
[9] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[10] Of Principal and Employer

allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

16. Answering Paragraph 16 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 16 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

17. Answering Paragraph 17 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 17 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

18. Answering Paragraph 18 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 18 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

19. Answering Paragraph 19 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 19 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

20. Answering Paragraph 20 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 20 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

21. Answering Paragraph 21 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 21 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

22. Answering Paragraph 22 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 22 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

23. Answering Paragraph 23 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 23 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

24. Answering Paragraph 24 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 24 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

25. Answering Paragraph 25 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 25 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

26. Answering Paragraph 26 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis

denies each and every allegation in this paragraph. Paragraph 26 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

27. Answering Paragraph 27 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 27 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

28. Answering Paragraph 28 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 28 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

29. Answering Paragraph 29 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 29 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

30. Answering Paragraph 30 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 30 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

31. Answering Paragraph 31 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 31 also does not

allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

32. Answering Paragraph 32 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 32 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

33. Answering Paragraph 33 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 33 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

34. Answering Paragraph 34 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 34 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

35. Answering Paragraph 35 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 35 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

36. Answering Paragraph 36 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 36 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

37. Answering Paragraph 37 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 37 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

38. Answering Paragraph 38 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 38 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

39. Answering Paragraph 39 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 39 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

40. Answering Paragraph 40 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 40 also does not allege anything SPECIFIC[11] against WEITMAN and contains legal allegations[12] which do not require a response by WEITMAN.

41. Answering Paragraph 41 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 41 also does not

---

[11] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[12] Of Principal and Employer

allege anything SPECIFIC[13] against WEITMAN and contains legal allegations[14] which do not require a response by WEITMAN.

42. Answering Paragraph 42 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 42 also does not allege anything SPECIFIC[15] against WEITMAN and contains legal allegations[16] which do not require a response by WEITMAN.

43. Answering Paragraph 43 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 43 also does not allege anything SPECIFIC[17] against WEITMAN and contains legal allegations[18] which do not require a response by WEITMAN.

44. Answering Paragraph 44 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 44 also does not allege anything SPECIFIC[19] against WEITMAN and contains legal allegations[20] which do not require a response by WEITMAN.

45. Answering Paragraph 45 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 45 also does not

---

[13] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[14] Of Principal and Employer
[15] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[16] Of Principal and Employer
[17] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[18] Of Principal and Employer
[19] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[20] Of Principal and Employer

allege anything SPECIFIC[21] against WEITMAN and contains legal allegations[22] which do not require a response by WEITMAN.

46. Answering Paragraph 46 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 46 also does not allege anything SPECIFIC[23] against WEITMAN and contains legal allegations[24] which do not require a response by WEITMAN.

47. Answering Paragraph 47 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 47 also does not allege anything SPECIFIC[25] against WEITMAN and contains legal allegations[26] which do not require a response by WEITMAN.

48. Answering Paragraph 48 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 48 also does not allege anything SPECIFIC[27] against WEITMAN and contains legal allegations[28] which do not require a response by WEITMAN.

49. Answering Paragraph 49 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 49 also does not

---

[21] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[22] Of Principal and Employer
[23] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[24] Of Principal and Employer
[25] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[26] Of Principal and Employer
[27] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[28] Of Principal and Employer

allege anything SPECIFIC[29] against WEITMAN and contains legal allegations[30] which do not require a response by WEITMAN.

50. Answering Paragraph 50 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 50 also does not allege anything SPECIFIC[31] against WEITMAN and contains legal allegations[32] which do not require a response by WEITMAN.

51. Answering Paragraph 51 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 51 also does not allege anything SPECIFIC[33] against WEITMAN and contains legal allegations[34] which do not require a response by WEITMAN.

52. Answering Paragraph 52 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 52 also does not allege anything SPECIFIC[35] against WEITMAN and contains legal allegations[36] which do not require a response by WEITMAN.

53. Answering Paragraph 53 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 53 also does not

---

[29] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[30] Of Principal and Employer
[31] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[32] Of Principal and Employer
[33] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[34] Of Principal and Employer
[35] Plaintiff has made Generic allegation against all Employee Defendants without alleging any Specific actionable wrong by WEITMAN
[36] Of Principal and Employer

allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

54. Answering Paragraph 54 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 54 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

55. Answering Paragraph 55 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 55 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

56. Answering Paragraph 56 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 56 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

57. Answering Paragraph 57 of the Complaint, WEITMAN is without sufficient knowledge and information as to the truth of the allegations and on that basis denies each and every allegation in this paragraph. Paragraph 57 also does not allege anything against WEITMAN and contains legal allegations which do not require a response by WEITMAN.

## AFFIRMATIVE DEFENSES

Without prejudice to the denials set forth in Defendant's Answer and without admitting any allegations of the Complaint not otherwise admitted, Defendant asserts the following affirmative defenses. In addition to the defenses described below, Defendant

reserves the right to assert additional defenses that may become known through the discovery process.

### FIRST AFFIRMATIVE DEFENSE

As a first, separate and distinct affirmative defense, this answering Defendant alleges that the Complaint, and each and every purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action against this answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

As a second, separate and distinct affirmative defense, this answering Defendant alleges that the damages suffered by the Plaintiff, if any, were the direct and proximate result of the negligence of parties, persons, corporations and/or entities other than this answering Defendant, and that the liability of this answering Defendant, if any, is limited in direct proportion to the percentage of fault actually attributable to him.

### THIRD AFFIRMATIVE DEFENSE

As a third, separate and distinct affirmative defense, this answering Defendant is informed and believes and thereon alleges that at all times mentioned herein, Plaintiff was negligent, careless and reckless and unlawfully conducted itself so as to directly and proximately contribute to the happening of the incident and the occurrence of claimed damages, all of which said negligence bars either completely or partially the damages sought herein.

### FOURTH AFFIRMATIVE DEFENSE

As a fourth, separate and distinct affirmative defense, this answering Defendant is informed and believes and thereon alleges that the Plaintiff has engaged in conduct and activities with respect to the property and activities which are the subject of the Complaint and by reason of said activities is estopped from asserting any claim for damages or seeking any other relief against this answering Defendant.

### FIFTH AFFIRMATIVE DEFENSE

As an fifth, separate and distinct affirmative defense, this answering Defendant is informed and believes and thereon alleges that the Plaintiff has engaged in conduct and activities sufficient to constitute a waiver of any alleged breach of conduct, negligence, or any other conduct, if any, as set forth in the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

As a sixth, separate and distinct affirmative defense, this answering Defendant is informed and believes and thereon alleges that the injuries and damages of which the Plaintiff complains were proximately caused or contributed to by the acts of other persons and/or other entities and that said acts were an intervening and/or superseding cause of the injuries and damages, if any, of which the Plaintiff complains, thus barring any recovery against this answering Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

As a seventh, separate and distinct affirmative defense, this answering Defendant alleges that Plaintiff expressly, voluntarily and knowingly assumed all risks about which he complains and that, therefore, she is barred either totally or to the extent of said assumption from any damages.

## EIGHTH AFFIRMATIVE DEFENSE

As an eighth, separate and distinct affirmative defense, this answering Defendant is informed and believes and thereon alleges that each and every one of Plaintiff's causes of action are barred by the doctrine of unclean hands.

## NINTH AFFIRMATIVE DEFENSE

As a ninth, separate and distinct affirmative defense, this answering Defendant is informed and believes and based thereon alleges that at all times and places alleged in the Complaint, the Plaintiff failed to perform all duties and obligations on her part of any agreement, oral or written, with this answering Defendant, and such acts or omissions bar her recovery herein.

## TENTH AFFIRMATIVE DEFENSE

As a tenth, separate and distinct affirmative defense, this answering Defendant is informed and believes and based thereon alleges that Plaintiff has failed to satisfy one or more express or implied conditions precedent to any obligations allegedly owed to her.

### ELEVENTH AFFIRMATIVE DEFENSE

As an eleventh and separate affirmative defense to the Complaint, this answering Defendant alleges that there existed a legitimate business reason and good cause for any actions taken by Defendant.

### TWELFTH AFFIRMATIVE DEFENSE

As a twelfth and separate affirmative defense to the Complaint, this responding Defendant alleges that Plaintiff is barred from asserting each and every purported cause of action in the Complaint by reason of Plaintiff and her agents having ratified, consented, and approved the alleged wrongful acts and/or omissions of this responding Defendant.

### THIRTEENTH AFFIRMATIVE DEFENSE

As a thirteenth and separate affirmative defense to the Complaint, this responding Defendant alleges that Plaintiff is equitably estopped from asserting each and every purported cause of action in the Complaint by reason of the acts, the omissions, and conduct of Plaintiff upon which this responding Defendant relied to his prejudice and detriment.

### FOURTEENTH AFFIRMATIVE DEFENSE

As a fourteenth and separate affirmative defense to the Complaint, this responding Defendant alleges that Plaintiff could have, by the exercise of reasonable diligence, limited or prevented his damages, if any, as a result of the alleged wrongful acts set forth in her Complaint and she has failed or refused to do so. Such failure or refusal on the part of Plaintiff constitutes a failure to mitigate her damages.

### FIFTEENTH AFFIRMATIVE DEFENSE

As a fifteenth and separate affirmative defense to the Complaint, this responding Defendant alleges that Plaintiff is and was, at all times, fully apprized of all material facts

regarding each and every act alleged in her Complaint and that she acted or refrained from acting with the full knowledge of all circumstances.

### SIXTEENTH AFFIRMATIVE DEFENSE

As a sixteenth and separate affirmative defense, this responding Defendant is informed and believes, and thereon alleges that the prayer and/or recovery of civil penalties and punitive damages is violative of the United States Constitution generally, and specifically, the Fifth, Eighth and Fourteenth Amendments thereto, as well as applicable provisions of the California Constitution. Therefore, the claim and award of civil penalties would be violative of Defendant's constitutional rights.

### SEVENTEENTH AFFIRMATIVE DEFENSE

As a seventeenth and separate affirmative defense to the Complaint, this responding Defendant asserts that he did not have actual or constructive notice of the alleged wrongful conduct of its subordinates.

### EIGHTEENTH AFFIRMATIVE DEFENSE

As a eighteenth and separate affirmative defense to the Complaint, this responding Defendant asserts that it did not breach any alleged duty to act fairly and in good faith.

### NINETEENTH AFFIRMATIVE DEFENSE

As a nineteenth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff has failed to exhaust her administrative remedies.

### TWENTIETH AFFIRMATIVE DEFENSE

As a twentieth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff has a lack of standing.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

As a twenty-first, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff is barred froM recovery by virtue of the failure of Plaintiff to comply with the conditions of the alleged

agreement upon which the purported obligations of Defendant may arise, including acts in breach of such agreement, thereby excusing Defendant's performance for failure of conditions.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

As a twenty-second, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that the entire Complaint is frivolous, and has been brought against Defendants in bad faith. Therefore, Defendant is entitled to recover all attorney's fees and costs of suit incurred in defense of the Complaint.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

As a twenty-third, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff's Complaint, and each cause of action thereunder, is premature and, accordingly, bars recovery by Plaintiff.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

As a twenty-fourth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Defendant never received proper notice of breach, and such notice has not been excused or waived. In addition, standard practice in the industry was not followed, barring recovery.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

As a twenty-fifth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff's conduct as alleged in the principle action and as set forth in the Complaint was such that any and all liability based thereunder was primary and active thereby precluding any indemnification sought in the Complaint.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

As a twenty-sixth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff discharged Defendants from any liability by agreement, cancellation and/or renunciation.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

As a twenty-seventh, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff modified, altered, and changed the original agreements, that such modification, alteration, and change was concealed, intentional and without the consent or knowledge of Defendant, and by reason of such modification, alteration, and change, this answering Defendant's obligations under the contract set forth in the Complaint have been rendered extinguished and unenforceable.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

As a twenty-eighth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that the alleged damages in question must be reduced on the basis of set-offs/offsets along with the principle obligation.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

As a twenty-ninth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Defendant is excused from performing any obligations under the contract, and that Plaintiff has prevented Defendant from performing one or more conditions, and Defendant was at all times, ready and able to perform, but for Plaintiff's actions.

## THIRTIETH AFFIRMATIVE DEFENSE

As a thirtieth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff fails to allege a causal connection between Plaintiff's injuries, if any, and any act or omission of Defendant.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

As a thirty-first, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff failed to name an indispensable, and/or necessary party.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

As a thirty-second, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that the party with whom Plaintiff dealt lacked authority to bind Defendant.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

As a thirty-third, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff has committed an intentional, and/or negligent material misrepresentation regarding the underlying agreement in this action.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

As a thirty-fourth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff owes Defendant a fiduciary duty of fidelity and a duty to otherwise act for and on behalf of Defendant and in the best interest of Defendant, and otherwise fairly and in good faith, and which duty plaintiff has breached, and by virtue thereof, Plaintiff is completely or partially barred from recovery.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

As a thirty-fifth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that there is a lack of subject matter and personal jurisdiction.

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

As a thirty-sixth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that fraud, undue influence, or duress on the part of plaintiff or other parties, prompted the agreement.

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

As a thirty-seventh, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff unreasonably failed to assert his claims in a timely manner and that Defendant was prejudiced thereby. Accordingly, Plaintiff is barred from asserting its claims by the doctrine of laches.

### THIRTY-EIGHTH AFFIRMATIVE DEFENSE

As a thirty-eighth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff's claims are barred by statute of frauds.

### THIRTY-NINTH AFFIRMATIVE DEFENSE

As a thirty-ninth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff failed to perform all conditions, covenants, and promises required to be performed in accordance with the terms and conditions of any written and oral contracts which are the subject of this lawsuit.

### FORTIETH AFFIRMATIVE DEFENSE

As a fortieth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that the agreement was executed without any consideration whatsoever, and/or insufficient consideration.

### FORTY-FIRST AFFIRMATIVE DEFENSE

As a forty-first, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff and Defendant made and entered into a novation.

### FORTY-SECOND AFFIRMATIVE DEFENSE

As a forty-second, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that any agreements to which

Plaintiff and Defendant were parties, were mutually rescinded, thereby precluding any breaches thereof.

### FORTY-THIRD AFFIRMATIVE DEFENSE

As a forty-third, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that the damages suffered by Plaintiff, if any, were the direct and proximate result of accidental omissions, and Plaintiff should indemnify and hold harmless Defendant from any and all damages, claims, costs, judgments, or any and all liabilities that may be recovered against Defendants.

### FORTY-FOURTH AFFIRMATIVE DEFENSE

As a forty-fourth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that the causes of action set forth in the Complaint are barred by the Statute of Limitations.

### FORTY-FIFTH AFFIRMATIVE DEFENSE

As a forty-fifth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff engaged in conduct and activity sufficient to constitute a release of any claim or cause of action which it may otherwise have against Defendant.

### FORTY-SIXTH AFFIRMATIVE DEFENSE

As a forty-sixth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that at all relevant times Defendant acted without intent to deceive or defraud Plaintiff. Further, plaintiff alleges causes of action which, sounding in fraud, fail to plead fraud with the requisite particularity.

### FORTY-SEVENTH AFFIRMATIVE DEFENSE

As a forty-seventh, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff committed illegal

acts in his involvement in the events alleged in the Complaint, consequently rendering Plaintiff's claims for damages as barred as against public policy.

### FORTY-EIGHTH AFFIRMATIVE DEFENSE

As a forty-eighth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that any alleged agreement had an unlawful object.

### FORTY-NINTH AFFIRMATIVE DEFENSE

As a forty-ninth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff is barred from recovery under the doctrine of Unjust Enrichment.

### FIFTIETH AFFIRMATIVE DEFENSE

As a fiftieth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff has been paid in full in connection with any agreement that is the subject of this action.

### FIFTY-FIRST AFFIRMATIVE DEFENSE

As a fifty-first, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that no relationship existed between Defendant and Plaintiff to give rise to damages as a result of the matters stated in the Complaint.

### FIFTY-SECOND AFFIRMATIVE DEFENSE

As a fifty-second, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that any and all conduct of which Plaintiff complains which is attributed to Defendant was a just and proper exercise of business judgment for a fair and honest reason and regulated by good faith under the circumstances then existing.

### FIFTY-THIRD AFFIRMATIVE DEFENSE

As a fifty-third, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff is barred from recovery on the principles of accord and satisfaction.

### FIFTY-FOURTH AFFIRMATIVE DEFENSE

As a fifty-fourth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff's Complaint is barred by failure to raise the causes of action in a prior action.

### FIFTY-FIFTH AFFIRMATIVE DEFENSE

As a fifty-fifth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff's Complaint and each of its causes of action are barred because of Plaintiff's lack of legal capacity to sue.

### FIFTY-SIXTH AFFIRMATIVE DEFENSE

As a fifty-sixth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff's Complaint and each of its causes of action are barred as a result of the misjoinder of parties.

### FIFTY-SEVENTH AFFIRMATIVE DEFENSE

As a fifty-seventh, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff's Complaint and each of its causes of action are barred as a result of the nonjoinder of parties.

### FIFTY-EIGHTH AFFIRMATIVE DEFENSE

As a fifty-eighth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff's Complaint and each of its causes of action are barred by virtue of other pending actions.

### FIFTY-NINTH AFFIRMATIVE DEFENSE

As a fifty-ninth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff's Complaint and each of its causes of action are barred based on account stated.

## SIXTIETH AFFIRMATIVE DEFENSE

As a sixtieth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that Plaintiff had no legal right or interest in the subject matter of the agreement, as alleged in the Complaint, which Plaintiff purported to have with Defendant.

## SIXTY-FIRST AFFIRMATIVE DEFENSE

As a sixty-first, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges that he presently has insufficient knowledge or insufficient information upon which to form a belief as to whether he may have additional, yet un-asserted, affirmative defenses. Defendant therefore reserves his right to assert additional affirmative defenses in the event discovery indicates it would be appropriate.

## PRAYER

WHEREFORE, this answering Defendant prays that judgment be entered in his favor as follows:

1. That the Complaint be dismissed with prejudice;

2. That Plaintiff takes nothing by way of its Complaint;

3. That in the event of recovery by plaintiff, such recovery be reduced in proportion to Plaintiff's and/or third parties' negligence and/or fault;

4. That this answering Defendant be awarded their costs of suit and reasonable attorney fees herein; and

5. That this answering Defendant recover such other and further relief as the court deems proper.

Dated:  August 26, 2021                    LAW OFFICES OF LAUREN CHAIKIN

1

2

By _Lauren Chaikin_____

3

LAUREN N. CHAIKIN

4

Attorney for Defendant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28